UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VERIZON BUSINESS GLOBAL LLC** | \* | **CIVIL ACTION** |
| | \* | |
| **VERSUS** | \* | **NO. 07-415** |
| | \* | |
| **WAYNE HAGAN, ET AL.** | \* | **SECTION "L"(4)** |

## ORDER

On November 25, 2009, Defendants James Joubert and Wayne Hagan filed motions for attorney's fees, costs, and related expenses (Rec. Doc. Nos. 225 & 227). On December 16, 2009, this Court heard oral argument on the motions and held that Defendants are entitled to attorney's fees, costs, and related expenses. On July 13, 2010, the Court issued an order referring the matter to the Magistrate Judge (Rec. Doc. No. 267). The Magistrate Judge filed her Reports and Recommendations as to both motions on October 22, 2010 (Rec. Doc. Nos. 277 & 278).

The Court, having considered the record, the applicable law, and the Magistrate Judge's Report and Recommendation as to Defendant Joubert's motion, and finding that no objection has been filed to that Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation as to Defendant Joubert's motion and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Defendant Joubert's Motion for Attorneys Fees and for Taxation of Costs (Rec. Doc. No. 225) is **GRANTED** in part and **DENIED** in part as set forth in the Magistrate Judge's Report and Recommendation (Rec. Doc. No. 277).

Defendant Hagan has filed an objection to the Magistrate Judge's Report and Recommendation with respect to his motion (Rec. Doc. No. 279). Defendant Hagan's objection

1

is limited to the Magistrate Judge's recommendation with regard to his request for nontaxable expenses. He avers that those expenses were not submitted for review by the Clerk of the Court in December 2009. In light of that objection,

**IT IS FURTHER ORDERED** that Defendant Hagan's Motion for Attorney Fees and Related Nontaxable Expenses (Rec. Doc. No. 227) is recommitted to the Magistrate Judge for a report and recommendation as to the amount of nontaxable expenses to be awarded.

New Orleans, Louisiana, this 1st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE


cc: Magistrate Judge Roby